Dismissed and Memorandum Opinion filed August 24, 2006








Dismissed
and Memorandum Opinion filed August 24, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00656-CR

____________

 

MARK MARCELE ROBERTSON,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause No. 1061908

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to the offense of robbery by threat.  In accordance with
the terms of a plea bargain agreement with the State, the trial court sentenced
appellant on June 22, 2006, to confinement for 20 years in the Institutional
Division of the Texas Department of Criminal Justice .  Appellant filed a pro
se notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Justices Anderson, Hudson, and
Guzman.

Do Not Publish C Tex. R. App. P.
47.2(b)